## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATIONAL SECURITY ARCHIVE**<br>2130 H Street, N.W., Suite 701<br>The Gelman Library<br>Washington, DC 20037, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No. _____ |
| **DEPARTMENT OF STATE**<br>2201 C Street, N.W.<br>Washington, DC 20520, | ) ) ) ) | |
| Defendant. | ) ) ) | |

### COMPLAINT FOR INJUNCTIVE RELIEF

1.  This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.
Plaintiff National Security Archive seeks injunctive and other appropriate relief for the
processing and release of agency records requested by plaintiff from defendant Department of
State.  Specifically, plaintiff seeks disclosure of certain narrowly described records related to the
disappearance of 43 Mexican students from the Escuela Normal Rural Raul Isidro Burgos on
September 26-27, 2014, also known as the "Ayotzinapa case" or Ayotzinapa investigation..

### Jurisdiction and Venue

2.  This Court has both subject matter jurisdiction over this action and personal
jurisdiction over the parties pursuant to 5 U.S.C. §§ 552(a)(4)(B).  This Court also has
jurisdiction over this action pursuant to 28 U.S.C. § 1331.  Venue lies in this district under 5
U.S.C. § 552(a)(4)(B).

## Parties

3.  Plaintiff National Security Archive ("the Archive"), founded in 1985, is an independent non-governmental research institute and library.  The Archive collects and publishes declassified documents obtained through the Freedom of Information Act.  The Archive also serves as a repository of government records on a wide range of topics pertaining to the national security, foreign, intelligence, and economic policies of the United States.  The Archive won the 1999 George Polk Award, one of U.S. journalism's most prestigious prizes, for – in the words of the citation – "piercing the self-serving veils of government secrecy, guiding journalists in the search for the truth and informing us all."  It also was awarded the 2005 Emmy Award for outstanding achievement in news and documentary research.  The Archive is a representative of the news media as defined in 5 U.S.C. § 552(a)(4)(a)(ii).

4.  Defendant Department of State ("State") is a department of the Executive Branch of the United States Government.  State is an "agency" within the meaning of 5 U.S.C. § 552(f).

### Plaintiff's FOIA Requests and State's Failure to Respond in a Timely Manner

5.  Between June 24, 2015, and July 30, 2020, plaintiff submitted a series of FOIA requests to defendant.  Those requests are described below, including the date the request was filed; the date on which defendant acknowledged receipt; the case number defendant assigned to the request; and a description of the agency records requested.

   a.   Date filed: 6/24/15
        Date acknowledged: 7/2/15
        Agency case number: F-2015-11579
        Description: Records regarding Captain José Martínez Crespo, an army official assigned to the Mexican Army's 27th Infantry Battalion and his alleged links to drug trafficking organizations.

   b.   Date filed: 6/25/15
        Date acknowledged: 7/2/15
        Agency case number: F-2015-11585

Description: Records relating to mass graves discovered in Guerrero since September 27, 2014, including but not limited to those found during the search for 43 students. This includes records pertaining to the search for the graves, the discovery of the graves, the disinterment of human remains, and subsequent investigations.

c.      Date filed: 4/4/17
        Date acknowledged: 4/10/17
        Agency case number: F-2017-08506
        Description: Records relating to activities of students and/or staff of La Escuela Normal Rural Raúl Isidro Burgos, Ayotzinapa, Guerrero from September 2010 thru September 2014.

d.      Date filed: 4/10/17
        Date acknowledged: 4/20/17
        Agency case number: F-2017-09339
        Description: Records relating to the events of the night of September 26, 2014 and morning of September 27, 2014 regarding the attack by state and local security forces and members of the gang, Guerreros Unidos on students of the Escuela Normal Rural Raúl Isidro Burgos in the course of their trip from Ayotzinapa to the cities of Huitzuco and Iguala, resulting in their abduction and disappearance.

e.      Date filed: 4/17/17
        Date acknowledged: 4/20/17
        Agency case number: F-2017-09926
        Description: Records relating to the activities, movements, or communications of Mexico's 27th Infantry Battalion of the 35th Military Zone from September 25 t hru 29, 2014.

f.      Date filed: 4/18/17
        Date acknowledged: 4/25/17
        Agency case number: F-2017-10022
        Description: Records relating to a link between the municipal police of Cocula and/or the municipal police of Iguala to criminal organized crime operations in the state of Guerrero, including but not limited to interactions or cooperation with the Guerreros Unidos gang from April 2014 to April 2015.

g.      Date filed: 4/20/17
        Date acknowledged: 4/28/17
        Agency case number: F-2017-10311
        Current Description: Records relating to the September 2014 disappearance of 43 Mexican students from the Escuela Normal Rural Raul Isidro Burgos in and or around the town of Iguala, Guerrero.

h.      Date filed: 5/1/17
        Date acknowledged: 5/10/17

Agency case number: F-2017-11167

Description: Records relating to the campaign in the Mexican press to slander and discredit the experts belonging to the International Group of Independent Experts (GIEI). This request includes records related to the collusion of rightwing groups inside Guatemala, Colombia, Chile, and Spain with Mexican organizations to produce information or propaganda that could be used in the smear campaign against GIEI members.

i.     Date filed: 7/31/17
       Date acknowledged: 8/29/17
       Agency case number: F-2017-14577
       Description: Records relating to a list of personnel of the Mexican Navy. The request included any and all information pertaining to these individuals, their career in the Navy, military training, etc., and was not limited to the events of September 26-27, 2014.

j.     Date filed: 8/17/17
       Date acknowledged: 9/7/17
       Agency case number: F-2017-14653
       Description: Records regarding the discovery of remains and clandestine graves around Iguala in the Fall of 2014 and Spring of 2015.

k.     Date filed: 11/7/17
       Date acknowledged: 11/16/17
       Agency case number: F-2017-16866
       Description: Records relating to a possible request from the Mexican government - whether by Mutual Legal Assistance Treaty (MLAT) or some other form (such as letter rogatory) - for records connected to United States of America v. Pablo Vega Cuevas et al. (14 CR 705), a narcotics case prosecuted by the US Attorney's Office for the Northern District of Illinois beginning in December 2014. Specifically, documents that discuss interest on the part of the Mexican government in the case and/or a formal request for records linked to the case, and the responsive communications from the United States to Mexico in return.

l.     Date filed: 10/10/19
       Date acknowledged: 12/30/19
       Agency case number: F-2020-00502
       Description: Records relating to the November 18, 2014 meeting of political officers to discuss the crises in Iguala and Tlatlaya. At this meeting, participants detailed plans for a forthcoming Inter-American Commission on Human Rights (IAHCR) mission.

m.     Date filed: 2/6/20
       Date acknowledged: 2/12/20
       Agency case number: F-2020-03549

Description: Records relating to Gildardo López Astudillo-alias "El Cabo Gil" or "El Gil." As a member of the Mexican drug cartel Los Guerreros Unidos (or, the United Warriors), López Astudillo has been implicated in the forced disappearance in Iguala of 43 students from Ayotzinapa, Guerrero in September 2014.

n.   Date filed: 2/10/20
Date acknowledged: 2/12/20
Agency case number: F-2020-03548
Description: Records relating to Omar Hamid García Harfuch, Mexico's Chief Director for the Criminal Investigations Agency and Mexico City Security Secretary as of October 4, 2019.

o.   Date filed: 10/3/19; refiled on 2/10/20
Date acknowledged: 4/7/20
Agency case number: M-2020-00008
Description: MDR request for the State Department cable: "Mexico: Scenesetter for Visit of DHS Secretary Johnson" dated December 11, 2014.

p.   Date filed: 2/10/20
Date acknowledged: 4/7/20
Agency case number: M-2020-00007
Description: MDR request for the State Department cable: "Mexico: Inter-American Commission on Human Rights to Review GOM Actions on lguala" dated November 19, 2014.

q.   Date filed: 7/9/20
Date acknowledged: 7/10/20
Agency case number: F-2020-06710
Description: Records related to the Mexican government's decision to leak text messages secretly obtained by the Drug Enforcement Administration (DEA) during its 2014 investigation in Chicago, IL.

r.   Date filed: 7/13/20
Date acknowledged: 7/14/20
Agency case number: F-2020-06756
Description: Records related to the release from prison and acquittal of individuals implicated in the forced disappearance of 43 students from the Escuela Normal Rural Raul Isidro Burgos in Iguala, Guerrero (Mexico) due to investigative irregularities.

s.   Date filed: 7/13/20
Date acknowledged: 7/14/20
Agency case number: F-2020-06758
Description: Records related to a list of 21 Mexican military officers with suspected ties to Ayotzinapa case.

t.    Date filed: 7/23/20
      Date acknowledged: 7/27/20
      Agency case number: F-2020-07015
      Description: Records related to the violations of due process rights of suspects tied to the Ayotzinapa case including the arbitrary detention of suspects, the use of torture and mistreatment during interrogations and/or detention, the inadmissibility of evidence as a consequence of such due process violations.

u.    Date filed: 7/28/20
      Date acknowledged: 7/30/20
      Agency case number: F-2020-07197
      Description: Records related to Tomás Zerón de Lucillo, including his career; his participation in the investigation into the Ayotzinapa case; his participation in the torture of detainees; the Mexican government's request for an Interpol detention order and for Zerón's extradition from Canada.

v.    Date filed: 7/29/20
      Date acknowledged: 7/30/20
      Agency case number: F-2020-07205
      Description: Records related to the resumption of the search for remains of the 43 disappeared students under the Andres Manuel López Obrador administration; includes the discovery and identification of the remains of Christian Alfonso Rodríguez Telumbre.

w.    Date filed: 7/30/20
      Date acknowledged: 7/31/20
      Agency case number: F-2020-07258
      Description: Records related to the Ayotzinapa investigation under President Andres Manuel López Obrador, from his campaign promises to the current investigation.

6.  Notwithstanding the fact that plaintiff submitted its initial FOIA request for the described records more than five years ago, to date, defendant State has not responded to plaintiff's FOIA requests.

7.  Defendant State has violated the applicable statutory time limit for issuing responses to FOIA requests.

8.  Plaintiff has exhausted the applicable administrative remedies.

9.  Defendant State has wrongfully withheld the requested records from plaintiff.

## CAUSE OF ACTION

### Violation of the Freedom of Information Act for
### Wrongful Withholding of Agency Records

10.  Plaintiff repeats and realleges paragraphs 1-9.

11.  Defendant State has wrongfully withheld agency records requested by plaintiff.

12.  Plaintiff has exhausted the applicable administrative remedies with respect to Defendant State's wrongful withholding of the requested records.

13.  Plaintiff is entitled to injunctive relief with respect to the release and disclosure of the requested records.

### Requested Relief

WHEREFORE, plaintiff prays that this Court:

A.  order defendant State to disclose the requested records in their entirety and make copies available to plaintiff;

B.  provide for expeditious proceedings in this action;

C.  award plaintiff its costs and reasonable attorneys' fees incurred in this action; and

D.  grant such other relief as the Court may deem just and proper.

Respectfully submitted,

*/s/ David L. Sobel*
DAVID L. SOBEL
D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015-2052
(202) 246-6180
sobel@att.net

Counsel for Plaintiff