UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL SECURITY ARCHIVE,

    *Plaintiff*,

    v.

U.S. DEPARTMENT OF STATE,

    *Defendant*.

Civil Action No. 20-3649 (EGS)

**JOINT STATUS REPORT**

    Plaintiff National Security Archive ("Plaintiff") and Defendant U.S. Department of State ("DOS") submit this Joint Status Report pursuant to the Court's December 3, 2021 and December 6, 2021 orders.

    As previously reported, the parties initially agreed to narrow Plaintiff's requests as follows: (1) all of Plaintiff's requests have been narrowed to exclude all press materials, press guidance, and reproduced articles; (2) DOS will treat Request #2 (F-2015-11585), Request #5 (F-2017-09926), Request #7 (F-2017-10311), Request #8 (F-2017-14577), Request #10 (F-2017-14653), Request #18 (F-2020-06756), Request #20 (F-2020-07015), Request #22 (F-2020-07205), and Request #23 (F-2020-07258), as subsumed within Request #4 (F-2017-09339), which seeks all records related to the Iguala disappearances that occurred on September 26 and 27, 2014; (3) the time period relevant to Request #9 (F-2017-14577) is narrowed to the period from January 1, 2010 to the present; and (4) Request #15 (M-2020-00008) and Request #16 (M-2020-00007) shall be struck from this litigation. DOS has also informed Plaintiff that it intends to assert a *Glomar* response to Request #11 (F-2017-16866) and Request #17 (F-2020-06710).

    DOS conducted preliminary searches in line with those narrowing instructions and, on August 19, 2021, made an initial production of 169 responsive pages to Plaintiff. Following that production, the

parties met and conferred again on August 30, 2021, to discuss further narrowing opportunities. As a result of that call, the parties agreed to further narrow Plaintiff's requests to include only records that were properly classified at the time they were originally created. The parties also agreed to a revised production schedule that would allow DOS to re-run its searches in response to that further narrowing instruction.

Since the Parties' last joint status report, the Department made two releases of records dated November 29, 2021 and December 30, 2021. State's November release consisted of 52 responsive pages, all of which were withheld in their entirety. State's December release consisted of 177 responsive pages, of which 1 page was released in full, 13 pages were released in part, and 163 pages were withheld in their entirety. The processing of Plaintiff's requests is ongoing, and DOS anticipates making subsequent rolling productions on the fourth Thursday of each month as necessary.

In late December 2021, the Department issued reinforced COVID-19 workforce guidance that will remain in effect at least through January 17, 2022. According to that guidance, only employees performing mission-critical functions are required to work onsite. Mission-critical functions are those that require access to classified systems to perform essential national security functions, including classified interagency collaboration. FOIA processing and litigation are not mission-critical functions.

The Department does not currently anticipate that the above guidance will impact its processing of this case. However, as the Department continues to carefully monitor the situation in the National Capitol Region with respect to the pandemic and the emerging Omicron variant, it remains possible that the processing of this FOIA request could be impacted by the limited on-site availability of required personnel, including personnel outside State's FOIA office that are integral to the clearance process. The Department's FOIA workforce still has not yet returned to its pre-pandemic on-site work posture and the majority of FOIA personnel continue to work remotely, limiting their access to the Department's classified systems. The Department will provide additional updates as they become available.

The Parties respectfully propose that they will submit another joint status report with further updates to the Court within 60 days, by March 11, 2022.

Respectfully Submitted,

*/s **David L. Sobel***
DAVID L. SOBEL
D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, D.C. 20015-2052
(202) 246-6180
sobel@att.net

Counsel for Plaintiff


MATTHEW M. GRAVES, D.C. Bar. #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s

BENTON G. PETERSON, BAR # 102984
Assistant United States Attorney
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 252-2534

Attorneys for Defendant

3